UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHONBEK WORLDWIDE LIGHTING, INC. )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>SPERO ELECTRIC CORPORATION, )<br>d/b/a PROSPETTO LIGHT )<br>)<br>Defendant. ) | Civil Action No.: 1:07-cv-2296<br>(CM/THK)) |

### [PROPOSED] ORDER

This matter comes before the Court on the Plaintiff Schonbek Worldwide Lighting, Inc.'s ("Plaintiff") *Ex Parte* Emergency Motion for an Order Allowing the Registration of Judgment in Other Districts. Upon consideration of the Plaintiff's Motion, Memorandum of Law and Affidavit of Brett M. Hutton, Esq. in support thereof, and the entire record of this case, it is hereby ORDERED and ADJUDGED that

(1) Plaintiff's *Ex Parte* Emergency Motion for an Order Allowing the Registration of Judgment in Other Districts is granted.

(2) Plaintiff may register this Court's final judgment of March 30, 2009, and any amendment thereto, in any federal district court located in Ohio, and in such other districts where Schonbek Worldwide Lighting, Inc. determines that the Defendant has real and/or personal property.

SO ORDERED.

Date: 4/20/09

Hon. Colleen McMahon
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 4/21/09